UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRIANNA DAVIS, *Individually and as Parent and Natural Guardian of O.D.*, CANDIDA DIAZ, *Individually and as Parent and Natural Guardian of N.D.*, KEISHA ARCHIBALD, *Individually and as Parent and Natural Guardian of N.A.*,

                Plaintiffs,

-v.-

MELISSA AVILES-RAMOS, *in her capacity as Chancellor of the New York City Department of Education,* and NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendants.

25 Civ. 7555 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    Plaintiffs filed this case on September 11, 2025. (Dkt. #1). Defendants were served on September 12, 2025. (Dkt. #5). Since then, Plaintiffs have filed two emergency motions for a temporary restraining order and a preliminary injunction. (Dkt. #6, 11). The Court expects Defendants to respond to these motions in the very near term. As such, the Court directs Defendants to notify the Court as promptly as possible regarding when they plan to file their response.

    SO ORDERED.

Dated:  September 24, 2025
           New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge