UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BRIANNA DAVIS, *Individually and as Parent and Natural Guardian of O.D.,* CANDIDA DIAZ, *Individually and as Parent and Natural Guardian of N.D.,* KEISHA ARCHIBALD, *Individually and as Parent and Natural Guardian of N.A.,*<br><br>      Plaintiffs,<br><br>    -v.-<br><br>MELISSA AVILES-RAMOS, *in her capacity as Chancellor of the New York City Department of Education,* and NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>      Defendants. | 25 Civ. 7555 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Given Plaintiffs' interlocutory appeal in this case, Defendants have informed the Court that they wish to adjourn *sine die* the February 17, 2026 pre-motion conference regarding an anticipated motion to dismiss. That application is GRANTED.

SO ORDERED.

Dated: January 27, 2026
    New York, New York

              KATHERINE POLK FAILLA
             United States District Judge